UNITED STATES of America, Plaintiff–Appellee,

v.

Charles Jerome ADAMS, Defendant–Appellant.

No. 12–6801.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Charles Jerome Adams, Appellant Pro Se. Peter Thomas Phillips, Assistant

United States Attorney, Charleston, South Carolina, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Jerome Adams appeals the district court's order denying his 18 U.S.C. § 3582 (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Adams,* No. 1:91–cr–00291–PMD–2 (D.S.C. Apr. 17, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*